1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 5 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,         )   Case No.: 2:14-cr-649, SJO
12                  Plaintiff,        )   ORDER OF DETENTION PENDING
                                      )   FURTHER REVOCATION
13          v.                        )   PROCEEDINGS
    Sanchez                           )   (FED. R. CRIM. P. 32.1(a)(6); 18
14                                    )   U.S.C. § 3143(a)(1))
                                      )
15                  Defendant.        )

16      The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the ___Central___ District of
18  ___CA___ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. ( )  The defendant has not met his/her burden of establishing by clear and
23         convincing evidence that he/she is not likely to flee if released under 18
24         U.S.C. § 3142(b) or (c). This finding is based on the following:
25         ( )  information in the Pretrial Services Report and Recommendation
26         (X)  information in the violation petition and report(s)
27         (X)  the defendant's nonobjection to detention at this time
28         ( )  other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation
(✓) information in the violation petition and report(s)
(✓) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: MAY 1 5 2015

_____
KENLY KIYA KATO
United States Magistrate Judge